# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-26-00467-CV

---

**In re Corey Blanton**

---

### ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and this Court's temporary stay of trial-court proceedings is lifted. *See* Tex. R. App. P. 52.8(a).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Filed: June 16, 2026